1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARIA VARGAS, et al.,                       No.  2:15-cv-2537 TLN CKD

12                  Plaintiffs,

13         v.                                     ORDER

14   COUNTY OF YOLO, et al.,

15                  Defendants.

16

17         Plaintiff's motion to compel came on regularly for hearing on May 18, 2016.  Mark Merin

18   and Paul Masuhara appeared for plaintiffs.  Amie McTavish appeared for defendants.  Upon

19   review of the documents in support and opposition, upon hearing the arguments of counsel, and

20   good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

21         1.  The motion to compel (ECF No. 24) is granted in part.  No later than May 27, 2016,

22   defendants shall provide the purge log discussed at the hearing on this matter and shall provide

23   responsive reports of the electronic searches employing the terms "TAZER" and "TASER."

24   Defendants shall respond to the interrogatories regarding tazer usage to the best of their

25   recollection.  A further search by the IT department shall be made for responsive e-mails and

26   defendants shall more specifically describe the search they have undertaken in responding to the

27   requests for production of documents.

28   /////

                                                 1

1      2.  No later than May 27, 2016, defendants shall provide for <u>in camera</u> review a copy of

2  the personnel file of defendant Prieto.  Said copy shall be Bates stamped and shall be divided into

3  the sections/categories as maintained in the normal business practice of the responding party.

4      3.  No later than May 25, 2016, plaintiffs shall submit an affidavit regarding the attorney's

5  fees and expenses incurred in this matter.  No later than June 1, 2016, defendants may respond to

6  the request for attorney's fees and expenses.

7      4.  No later than May 27, 2016, the parties shall submit proposed protective orders.

8      5.  The matter shall thereafter stand submitted.

9      6.  Prior to the filing of any further motion to compel, the parties shall engage in the

10  informal procedures for the resolution of discovery disputes set forth on the undersigned's court

11  website.

12  Dated:  May 19, 2016

13  _____
       CAROLYN K. DELANEY

14     UNITED STATES MAGISTRATE JUDGE

15

16

17  4 vargas2537.oah

18

19

20

21

22

23

24

25

26

27

28