UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VARGAS, et al., | No. 2:15-cv-2537 TLN CKD |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF YOLO, et al., | |
| Defendants. | |

The issue of disclosure of defendant Prieto's personnel file and the issue of expenses incurred in connection with plaintiff's motion to compel was submitted after further briefing. Upon <u>in camera</u> review of the personnel file and upon review of the parties' submissions regarding expenses and proposed protective orders, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Disclosure of the documents contained in defendant Prieto's personnel file is not warranted. The motion to compel production of said file is denied. In light of the court's finding that disclosure need not be made, the court declines to issue a protective order at this time.

2. The court finds an award of expenses is warranted considering all of the circumstances reflected in the record before it on this motion, but not in the amount claimed by plaintiffs.

/////

/////

1

Fed. R. Civ. P. 37 (a)(5)(A). Accordingly, plaintiffs are awarded $1500 in expenses incurred in connection with the motion to compel, defendants to pay said amount within fourteen days.

Dated: June 6, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 vargas2537.icr