UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIA VARGAS, et al.,

        Plaintiffs,

   v.

COUNTY OF YOLO, et al.,

        Defendants.

No.  2:15-cv-2537 TLN CKD

ORDER

     An informal discovery conference was held on September 28, 2016.  Mark Merin appeared telephonically for plaintiffs.  Amie McTavish appeared telephonically for defendants.  Upon review of the joint letter brief and upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

     The motion to compel defendants to produce transcripts of deposition testimony of defendant Prieto taken in prior unrelated litigation is denied.

     Upon payment of proper fees to the court reporter who took the depositions of defendant Prieto, the court reporter is hereby authorized to release said transcripts to counsel for plaintiff.[1]

/////

/////

---

[1] By this order, the undersigned makes no ruling on the admissibility or relevance of the prior deposition testimony to the issues raised in the instant litigation.

1

1  The transcripts shall be used solely for purposes of this litigation.

2  Dated: September 29, 2016

3  _____
   CAROLYN K. DELANEY
4  UNITED STATES MAGISTRATE JUDGE

6  4 vargas2537.infdisc.oah