
1  BRUCE A. KILDAY (S.B. 66415)
     Email: bkilday@akk-law.com
2  AMIE McTAVISH (S.B. 242372)
     Email: amctavish@akk-law.com
3  SEAN D. O'DOWD (S.B. 296320)
     Email: sodowd@akk-law.com
4  **ANGELO, KILDAY & KILDUFF, LLP**
5  Attorneys at Law
   601 University Avenue, Suite 150
6  Sacramento, CA  95825
7  Telephone: (916) 564-6100
   Telecopier: (916) 564-6263
8

9  Attorneys for Defendants COUNTY OF YOLO, YOLO COUNTY SHERIFF'S OFFICE, EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA and GARY HALLENBECK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA VARGAS, MARTIN VARGAS, ANGELICA VARGAS, AUGUSTIN VARGAS, ARNULFO BERMUDEZ, JORGE VARGAS and PEDRO GARCIA,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF YOLO, YOLO COUNTY SHERIFF'S OFFICE, EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA, GARY HALLENBECK and DOES 1 TO 50,<br><br>　　　　　　Defendants. | Case No.: 2:15-cv-02537-TLN-CKD<br><br>**JOINT REQUEST FOR ORDER PERMITTING INSPECTION AND COPYING OF NONCONFIDENTIAL PORTIONS OF PROBATION FILE UPON COURT'S DETERMINATION OF GOOD CAUSE (Penal Code § 1203.10); ORDER** |

　　　WHEREAS Defendants COUNTY OF YOLO, YOLO COUNTY SHERIFF'S OFFICE, EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA and GARY HALLENBECK (hereafter "Requestor") seek copies of the probation files of Plaintiffs Arnulfo Rodriguez Bermudez, and Augustin Alonoso Bermudez Vargas, and have submitted a declaration in support of its request;

1    WHEREAS The Yolo County Probation Department stipulates that if the Court finds that good cause has been established, the Yolo County Probation Department has no objection to that determination and subsequent disclosure of the requested records as specified below;

THEREFORE having reviewed REQUESTOR's declaration, the Court finds that there is good cause to allow REQUESTOR to examine and copy the non-confidential portions of the probation file pertaining to Arnulfo Rodriguez Bermudez, and Augustin Alonoso Bermudez Vargas, and shall be entitled to inspect and copy such records;

GOOD CAUSE APPEARING the Yolo County Probation Department is hereby ordered to permit REQUESTOR to inspect and copy all non-confidential writings contained in Probation's file pertaining to Arnulfo Rodriguez Bermudez, and Augustin Alonoso Bermudez Vargas, including: (1) All reports made by a probation officer and filed with the court (Penal Code section 1203.05, subd. (b)), and (2) any and all non-confidential portions of the Defendant's probation file pursuant to Penal Code section 1203.10.  Confidential portions shall be redacted by the Probation Department.  Confidential information will include, but be limited to, personal information as described in *People v. Connor* 115 Cal.App.4th 669 (2004), victim information pursuant to Marsy's Law and confidential investigatory information.  Probation will provide a categorical description of the materials deemed "confidential" but is not required to provide a "privilege log" listing each document withheld.

So Stipulated:

Dated:  November 8, 2016                    ANGELO, KILDAY & KILDUFF, LLP

                                             */s/ Amie McTavish*
                                        By:_____
                                             AMIE McTAVISH
                                             BRUCE A. KILDAY
                                             SEAN D. O'DOWD
                                             Attorneys for Defendants
                                             COUNTY OF YOLO, YOLO COUNTY
                                             SHERIFF'S OFFICE, EDWARD PRIETO,
                                             HECTOR BAUTISTA, REIKO
                                             MATSUMURA and GARY
                                             HALLENBECK

Dated: October 27, 2016

/s/ Ronald Martinez
*(as authorized on 10/27/16)*
By:_____
RONALD MARTINEZ
YOLO COUNTY COUNSEL

**ORDER**

IT IS SO ORDERED

Dated: November 8, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE