1  BRUCE A. KILDAY (S.B. 66415)
       Email:  bkilday@akk-law.com
2  AMIE McTAVISH (S.B. 242372)
       Email:  amctavish@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
   Telephone:  (916) 564-6100
6  Telecopier:  (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO (also sued herein as YOLO COUNTY SHERIFF'S OFFICE), EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA and GARY HALLENBECK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VARGAS, MARTIN VARGAS, ANGELICA VARGAS, AUGUSTIN VARGAS, ARNULFO BERMUDEZ, JORGE VARGAS and PEDRO GARCIA, ) ) ) ) | Case No.: 2:15-cv-02537-TLN-CKD |
| Plaintiffs, ) ) | **STIPULATION TO DISMISS VARIOUS CLAIMS AGAINST DEFENDANTS; ORDER** |
| vs. ) ) | |
| COUNTY OF YOLO, YOLO COUNTY SHERIFF'S OFFICE, EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA, GARY HALLENBECK and DOES 1 TO 50, ) ) ) ) ) | |
| Defendants. ) ) | |

TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiffs MARIA VARGAS, MARTIN VARGAS, ANGELICA VARGAS, AUGUSTIN VARGAS, ARNULFO BERMUDEZ, JORGE VARGAS and PEDRO GARCIA ("Plaintiffs") and Defendants

COUNTY OF YOLO (also sued herein as YOLO COUNTY SHERIFF'S OFFICE), EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA and GARY HALLENBECK (hereinafter collectively referred to as "Defendants"), by and through their undersigned counsel, hereby stipulate as follows:

1) Plaintiff Jorge Vargas' False Arrest claims against all Defendants are dismissed with prejudice; and

2) Plaintiff Arnulfo Bermudez's False Arrest claims against all Defendants are dismissed with prejudice;

Each party shall bear its/his own attorney fees and costs incurred in regard to the prosecution and defense of the above-dismissed claims.

IT IS SO STIPULATED.

Dated: February 7, 2018                ANGELO, KILDAY & KILDUFF, LLP

                                       */s/ Amie McTavish*
                                       By:_____
                                          AMIE McTAVISH
                                          BRUCE A. KILDAY
                                          Attorneys for Defendants


Dated: February 7, 2018                LAW OFFICE OF MARK E. MERIN

                                       */s/ Mark E. Merin*
                                       *(as authorized on 2.7.18)*
                                       By:_____
                                          MARK E. MERIN
                                          PAUL MASUHARA
                                          Attorneys for Plaintiffs

**ORDER**

Having reviewed the above Stipulation, and good cause appearing,

IT IS HEREBY ORDERED that:

    1)    Plaintiff Jorge Vargas' False Arrest claims against Defendants are dismissed with prejudice; and

    2)    Plaintiff Arnulfo Bermudez's False Arrest claims against Defendants are dismissed with prejudice;

    Each party shall bear its/his own attorney fees and costs incurred in regard to the prosecution and defense of the above-dismissed claims.

**IT IS SO ORDERED.**

Dated: 2/12/2018

Troy L. Nunley
United States District Judge