Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Attorneys for Plaintiffs
MARIA VARGAS, MARTIN VARGAS,
ANGELICA VARGAS, AUGUSTIN
VARGAS, ARNULFO BERMUDEZ,
JORGE VARGAS, and PEDRO GARCIA

BRUCE A. KILDAY (S.B. 066415)
  Email: bkilday@akk-law.com
DERICK E. KONZ (S.B. 286902)
  Email: dkonz@akk-law.com
ANGELO, KILDAY & KILDUFF, LLP
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants
COUNTY OF YOLO, YOLO COUNTY
SHERIFF'S OFFICE, EDWARD PRIETO,
HECTOR BAUTISTA, REIKO MATSUMURA,
and GARY HALLENBECK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARIA VARGAS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF YOLO, et al., <br><br> Defendants. | Case No. 2:15-cv-02537-TLN-CKD <br><br> **STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE; ORDER** |

1

**STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE; ORDER**
*Vargas v. County of Yolo*, United States District Court, Eastern District of California, Case No. 2:15-cv-02537-TLN-CKD

**STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE**

Pursuant to E.D. Cal. L.R. 270, the parties— Plaintiffs Maria Vargas, Martin Vargas, Angelica Vargas, Augustin Vargas, Arnulfo Bermudez, Jorge Vargas, and Pedro Garcia's (collectively, "Plaintiffs") and Defendants County of Yolo, Yolo County Sheriff's Department, Edward Prieto, Hector Bautista, Reiko Matsumura, and Gary Hallenbeck (collectively, "Defendants")—stipulate to the setting of a settlement conference.

The parties agree that a settlement conference shall be set on March 10, 2020, at 9:00 a.m., in Courtroom 25 (8th floor) of the Robert T. Matsui U.S. Courthouse, located at 501 I Street Sacramento, California 95814, before the Honorable Magistrate Judge Kendall J. Newman. The parties have reserved the agreed-upon date with Magistrate Judge Newman's Courtroom Deputy.

IT IS SO STIPULATED.

Dated: January 13, 2020

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
Mark E. Merin

Attorney for Plaintiffs
MARIA VARGAS, MARTIN VARGAS, ANGELICA VARGAS, AUGUSTIN VARGAS, ARNULFO BERMUDEZ, JORGE VARGAS, and PEDRO GARCIA

Dated: January 13, 2020

Respectfully Submitted,
ANGELO, KILDAY & KILDUFF, LLP

*/s/ Bruce A. Kilday*
(as authorized on January 13, 2020)

By: _____
Bruce A. Kilday

Attorney for Defendants
COUNTY OF YOLO, YOLO COUNTY SHERIFF'S OFFICE, EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA, and GARY HALLENBECK

2

**STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE; ORDER**
*Vargas v. County of Yolo*, United States District Court, Eastern District of California, Case No. 2:15-cv-02537-TLN-CKD

# ORDER

The parties' stipulation is GRANTED. A settlement conference shall be set on March 10, 2020, at 9:00 a.m., in Courtroom 25 (8th floor) of the Robert T. Matsui U.S. Courthouse, located at 501 I Street Sacramento, California 95814, before the Honorable Magistrate Judge Kendall J. Newman.

The result of the results of the settlement conference shall be reported to this Court with seven (7) days of the settlement conference, including any notice of settlement pursuant to E.D. Cal. L.R. 160(a).

IT IS SO ORDERED.

DATED: January 13, 2020

_____
Troy L. Nunley
United States District Judge

3

**STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE; ORDER**
*Vargas v. County of Yolo*, United States District Court, Eastern District of California, Case No. 2:15-cv-02537-TLN-CKD