1  BRUCE A. KILDAY (S.B. 066415)
      Email: bkilday@akk-law.com
2  DERICK E. KONZ (S.B. 286902)
      Email: dkonz@akk-law.com
3  **ANGELO, KILDAY & KILDUFF, LLP**
4  Attorneys at Law
   601 University Avenue, Suite 150
5  Sacramento, CA  95825
   Telephone:  (916) 564-6100
6  Telecopier:  (916) 564-6263

7

8  Attorneys for Defendants COUNTY OF YOLO, YOLO COUNTY SHERIFF'S OFFICE, EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA and GARY HALLENBECK
9

10                    **UNITED STATES DISTRICT COURT**

11                    **EASTERN DISTRICT OF CALIFORNIA**

12

| MARIA VARGAS, MARTIN VARGAS, ANGELICA VARGAS, AUGUSTIN VARGAS, ARNULFO BERMUDEZ, JORGE VARGAS and PEDRO GARCIA, | Case No.: 2:15-cv-02537-TLN-CKD |
|---|---|
| Plaintiffs, | **STIPULATION FOR DISMISSAL OF EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA AND GARY HALLENBECK WITH PREJUDICE AND ORDER** |
| vs. | |
| COUNTY OF YOLO, YOLO COUNTY SHERIFF'S OFFICE, EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA, GARY HALLENBECK and DOES 1 TO 50, | |
| Defendants. | |

   IT IS HEREBY STIPULATED and agreed by and between Plaintiffs MARIA VARGAS, MARTIN VARGAS, ANGELICA VARGAS, AUGUSTIN VARGAS, ARNULFO BERMUDEZ, JORGE VARGAS and PEDRO GARCIA and Defendants EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA and GARY HALLENBECK, by and through their attorneys of record, that this action be dismissed in its entirety with prejudice, as to all individual defendants, pursuant to Fed.R.Civ.P.41(a).

-1-
STIPULATION FOR DISMISSAL OF EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA and GARY HALLENBECK WITH PREJUDICE AND ORDER

1   IT IS FURTHER STIPULATED that each party is to bear their own fees and costs, including all attorneys' fees.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: May 15, 2020                         ANGELO, KILDAY & KILDUFF, LLP

                                            */s/ Bruce A. Kilday*
                                            By:_____
                                               BRUCE A. KILDAY
                                               Attorneys for Defendants

Dated: May 15, 2020                         LAW OFFICES OF MARK E. MERIN

                                            */s/ Mark E. Merin (*as authorized on 5/15/20)
                                            By: _____
                                               MARK E. MERIN
                                               Attorney for Plaintiffs

## ORDER

**IT IS SO ORDERED.**

Date: May 15, 2020

                                            _____
                                            Troy L. Nunley
                                            United States District Judge