BRUCE A. KILDAY (S.B. 066415)
   Email: bkilday@akk-law.com
DERICK E. KONZ (S.B. 286902)
   Email: dkonz@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants COUNTY OF YOLO, YOLO COUNTY SHERIFF'S OFFICE, EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA and GARY HALLENBECK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VARGAS, MARTIN VARGAS, ANGELICA VARGAS, AUGUSTIN VARGAS, ARNULFO BERMUDEZ, JORGE VARGAS and PEDRO GARCIA,<br><br>             Plaintiffs,<br><br>vs.<br><br>COUNTY OF YOLO, YOLO COUNTY SHERIFF'S OFFICE, EDWARD PRIETO, HECTOR BAUTISTA, REIKO MATSUMURA, GARY HALLENBECK and DOES 1 TO 50,<br><br>             Defendants. | Case No.: 2:15-cv-02537-TLN-CKD<br><br>**STIPULATION FOR DISMISSAL OF COUNTY OF YOLO AND YOLO COUNTY SHERIFF'S DEPARTMENT WITH PREJUDICE AND ORDER** |

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs MARIA VARGAS, MARTIN VARGAS, ANGELICA VARGAS, AUGUSTIN VARGAS, ARNULFO BERMUDEZ, JORGE VARGAS and PEDRO GARCIA and Defendants COUNTY OF YOLO and YOLO COUNTY SHERIFF'S OFFICE, by and through their attorneys of record, that this action be dismissed in its entirety with prejudice, pursuant to Fed.R.Civ.P.41(a).

IT IS FURTHER STIPULATED that each party is to bear their own fees and costs,

including all attorneys' fees.

      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated:  May 15, 2020          ANGELO, KILDAY & KILDUFF, LLP

                             */s/ Bruce A. Kilday*
By:_____
    BRUCE A. KILDAY
    Attorneys for Defendants

Dated: May 15, 2020          LAW OFFICES OF MARK E. MERIN

                      */s/ Mark E. Merin (as authorized on 5/15/20)*
By: _____
    MARK E. MERIN
    Attorney for Plaintiffs

## ORDER

**IT IS SO ORDERED.**

Date: May 20, 2020

_____
Troy L. Nunley
United States District Judge